**Candace E. ALSTON, an individual on behalf of themselves and all others similarly situated, Plaintiff-Appellant,**

**and**

**Neil F. Letren, an individual on behalf of themselves and all others similarly situated, Plaintiff,**

v.

**EXPERIAN INFORMATION SOLUTIONS, INC., Defendant-Appellee.**

**No. 16-2000**

United States Court of Appeals, Fourth Circuit.

Submitted: March 14, 2017

Decided: March 16, 2017

Candace E. Alston, Appellant Pro Se. Meredith Campbell, Joy Catherine Einstein, SHULMAN, ROGERS, GANDAL, PORDY & ECKER, PA, Potomac, Maryland, for Appellee.

Before FLOYD and HARRIS, Circuit Judges, and DAVIS, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Candace E. Alston appeals the district court's order dismissing her claims against Experian Information Solutions, Inc. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Alston v. Experian Info. Sols., Inc., No. 8:14-cv-03957-TDC, 2016 WL 901249 (D. Md. Mar. 3, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED